UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al., | CASE NO. C22-1183 MJP |
| Plaintiffs, | ORDER OF REFERRAL |
| v. | |
| AUTOSPEEDSTORE, et al., | |
| Defendants. | |

The Court issues this Order <u>sua sponte</u> and in response to <u>In re Amazon Counterfeit Enforcement Litigation</u>, General Order 03-23 (Mar. 7, 2023). Consistent with General Order 03-23, the Court hereby REFERS all issues related to service of Defendants to the Magistrate Judges designated by General Order 03-23.

The clerk is ordered to provide copies of this order to all counsel.

Dated March 10, 2023.

Marsha J. Pechman
United States Senior District Judge

ORDER OF REFERRAL - 1