UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC., et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>AUTOSPEEDSTORE, et al.,<br><br>　　　　　　　　Defendants. | Case No. C22-1183-MJP-SKV<br><br>ORDER GRANTING REQUEST FOR FURTHER STATUS UPDATE |

Plaintiffs filed a Status Report in which they request ninety days to provide the Court with a further status update, stating this will provide sufficient time for Plaintiffs to advance their discovery efforts, file an Amended Consolidated Complaint, and move for alternative service. Dkt. 22. Finding good cause shown, the Court herein GRANTS Plaintiffs' request and ORDERS Plaintiffs to file a further status report with the Court on or before **June 12, 2023**. The Clerk is directed to send copies of this order to the parties and to the Honorable Marsha J. Pechman.

　Dated this 3rd day of April, 2023.

　　　　　　　　　　　　　　　　　　　*S. Kate Vaughan*
　　　　　　　　　　　　　　　　　　　S. KATE VAUGHAN
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER GRANTING REQUEST FOR FURTHER
STATUS UPDATE - 1