UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM INC., et al.,

           Plaintiffs,

   v.

AUTOSPEEDSTORE, et al.,

           Defendants.

Case No. C22-1183-MJP-SKV

SECOND ORDER GRANTING REQUEST FOR FURTHER STATUS UPDATE

     Plaintiffs filed a Status Report in which they request an additional thirty days to provide the Court with a further status update.  Dkt. 26.  Plaintiffs anticipate that, at the conclusion of that time period, they will either request the Court's permission to conduct service via email or advise the Court that they have commenced service pursuant to the Hague Convention.  The Court, finding good cause shown, herein GRANTS Plaintiffs' request and ORDERS Plaintiffs to file a further status report with the Court on or before **July 10, 2023**.  The Clerk is directed to send copies of this order to the parties and to the Honorable Marsha J. Pechman.

     Dated this 9th day of June, 2023.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

SECOND ORDER GRANTING REQUEST FOR
FURTHER STATUS UPDATE - 1