UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AUTOSPEEDSTORE, et al., <br><br> Defendants. | Case No. C22-1183-MJP-SKV <br><br> THIRD ORDER GRANTING REQUEST FOR FURTHER STATUS UPDATE |

Plaintiffs filed a Status Report in which they request an additional six months to provide a further status update.  Dkt. 28.  Plaintiffs are attempting to complete service on Defendant Jianshui Xie in China via the Hague Convention, and anticipate that process will take a minimum of six months.  If not completed within a reasonable time, Plaintiffs anticipate seeking permission to conduct alternative service pursuant to Article 15 of the Hague Convention.  The Court, finding good cause shown, herein GRANTS Plaintiffs' request and ORDERS Plaintiffs to file a further status report with the Court on or before **January 17, 2024**.  The Clerk is directed to send copies of this order to the parties and to the Honorable Marsha J. Pechman.

Dated this 17th day of July, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

THIRD ORDER GRANTING REQUEST FOR
FURTHER STATUS UPDATE - 1