UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM INC., et al.,

        Plaintiffs,

  v.

AUTOSPEEDSTORE, et al.,

        Defendants.

Case No. C22-1183-MJP-SKV

FOURTH ORDER GRANTING REQUEST FOR FURTHER STATUS UPDATE

Plaintiffs filed a Status Report in which they request an additional ninety days to provide a further status update. Dkt. 30. They advise as to their ongoing efforts to complete service on Defendant Jianshui Xie in China via the Hague Convention, noting that such service generally takes six months or longer. They anticipate that, by the conclusion of the requested ninety-day period, they will be able to advise the Court that service has been completed or, if not, that they will seek permission to serve via alternative means.

    The Court, finding good cause shown, herein GRANTS Plaintiffs' request and ORDERS Plaintiffs to file a further status report with the Court on or before **April 18, 2024**. The Clerk is

/ / /

FOURTH ORDER GRANTING REQUEST FOR
FURTHER STATUS UPDATE - 1

1  directed to send copies of this order to the parties and to the Honorable Marsha J. Pechman.

2  Dated this 19th day of July, 2023.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge

FOURTH ORDER GRANTING REQUEST FOR
FURTHER STATUS UPDATE - 2