The Honorable Marsha J. Pechman
The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and KING TECHNOLOGY, INC., a Minnesota corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JIANSHUI XIE, an individual, a/k/a JIANSHUI XEI, d/b/a Certain Amazon Selling Accounts Identified in SCHEDULE 1; and DOES 1-10,<br><br>Defendants. | Lead Consolidated Case:<br>No. C22-1183-MJP-SKV<br><br>***Consolidated Cases***:<br>C22-1184<br>C22-1186<br><br>**[PROPOSED]** **ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **MOTION TO FILE OVER-LENGTH** ***EX PARTE*** **MOTION FOR ALTERNATIVE SERVICE** |

THIS MATTER came before the Court on the *Ex Parte* Motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and King Technology, Inc. (collectively, "Plaintiffs") for leave to file an over-length e*x parte* motion for alternative service (the "Motion"), pursuant to Local Civil Rule 7(f). Dkt. 33. The Court, having considered Plaintiffs' Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for alternative service not to exceed 3,700 words.

SO ORDERED this 5th day of June, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

[PROPOSED] ORDER GRANTING *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(C22-1183-MJP-SKV)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax