UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al., <br><br>  Plaintiffs, <br><br>  v. <br><br> JIANSHUI XIE, an individual, a/k/a JIANSHUI XEI, et al., <br><br>  Defendants. | CASE NO. C22-1183 MJP <br><br> ORDER TERMINATING REFERRAL |

The Court previously referred all issues related to service of Defendants to Magistrate Judge Kate S. Vaughan pursuant to <u>In re Amazon Counterfeit Enforcement Litigation</u>, General Order 03-23 (Mar. 7, 2023). Plaintiffs have now moved for entry of default judgment against the only individually named defendant (other than the "Doe" defendants), and claim to have completed service. (<u>See</u> Dkt. Nos. 38-40.) Accordingly, the Court TERMINATES the referral and all matters shall be resolved by the undersigned.

\\

\\

ORDER TERMINATING REFERRAL - 1

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated September 3, 2024.

*[signature]*

Marsha J. Pechman
United States Senior District Judge