UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al., | CASE NO. C22-1183 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| JIANSHUI XIE, an individual, a/k/a JIANSHUI XEI, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The parties have not complied with the order directing them to file a joint status report. (Dkt. No. 11.) The time for filing the report is hereby extended to fourteen days from the date of this order. If the report is not filed by that time or if Plaintiffs do not move for default judgment, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice for failure to prosecute. See Fed. R. Civ. P. 41(b).

\\

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed September 24, 2024.

                                        Ravi Subramanian
                                        Clerk of Court

                                        s/Kathleen Albert
                                        Deputy Clerk

MINUTE ORDER - 2