UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al., | CASE NO. C22-1183 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| JIANSHUI XIE, an individual, a/k/a JIANSHUI XEI, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court has reviewed Plaintiffs' Response to Minute Order, in which Plaintiffs ask for additional time to move for default judgment. (Dkt. No. 44.) The Court finds good cause and EXTENDS the deadline to October 21, 2024, for Plaintiffs to move for default judgment or for the Parties file a joint status report. If, by October 21, 2024, the report is not filed or if Plaintiffs do not move for default judgment, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice for failure to prosecute. See Fed. R. Civ. P. 41(b).

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed September 30, 2024.

                                               Ravi Subramanian
                                               Clerk of Court

                                               s/Kathleen Albert
                                               Deputy Clerk

MINUTE ORDER - 2